# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/2/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 05-00367DAE

CASE NAME:         USA v. (02) George Callender

ATTYS FOR PLA:     Thomas Muehleck

ATTYS FOR DEFT:    (02) Michael J. Park

INTERPRETER:

JUDGE:   Barry M. Kurren         REPORTER:   C6F

DATE:    3/2/2006                TIME:       3:31 - 4:01

COURT ACTION:  EP: M/Withdraw Not Guilty Plea and to Plead Anew as to (02) George Callender - deft present in custody.

Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge signed and filed.

Deft sworn and queried.  Advised of rights.
Memorandum of Plea Agreement signed and filed.

Plea of GUILTY entered to Count II of the Indictment.
Remaining counts to be dismissed after sentencing.

Court to submit Report and Recommendation Concerning Guilty Plea recommending that deft be adjudged guilty.
Deft advised of right to file objection to Report and Recommendation.

Pre-Sentence Investigation Report ordered.

SENTENCING 9-5-06 @ 3 p.m., DAE.
Trial date vacated.
Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, courtroom manager