AO 442 (Rev. 10/03) Warrant for Arrest

~~SEALED BY ORDER OF THE COURT~~

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2006

at 1 o'clock and 26 min. ___ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | Case Number: CR 05-00367DAE-02 |
| GEORGE CALLENDER | |

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED TO ARREST GEORGE CALLENDER and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Counts 2 - 21: Conspiracy involving financial transactions representing proceeds of unlawful activity

in violation of Title 18 United States Code, Section(s) 1956(a)(1)(B)(I), (a)(3), (h) and 2.

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *(signature)* | September 8, 2005 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL                    By: Barry M. Kurren, United States Magistrate Judge

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . |

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 9/13/2005 | John Madinger, Special Agent | *(signature)* John Madinger |