EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

JONATHAN M. F. LOO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: jonathan.loo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  05-00367 DAE |
| | ) | 05-00557 DAE |
| Plaintiff, | ) | |
| | ) | SENTENCING STATEMENT OF |
| | ) | THE UNITED STATES; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| GEORGE CALLENDER, | ) | Date:   September 5, 2006 |
| | ) | Time:   3:00 p.m. |
| Defendant. | ) | Judge: David Alan Ezra |

SENTENCING STATEMENT OF THE UNITED STATES

The United States has no objections to this draft presentence report.

DATED: July 26, 2006, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii


                By /s/ Jonathan M. F. Loo
                   JONATHAN M. F. LOO
                   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by mail:                                          July 26, 2006

MICHAEL J. PARK, ESQ.
733 Bishop Street, Suite 2382
Honolulu, Hawaii 96813

Attorney for Defendant
GEORGE CALLENDER


Served by Hand-Delivery:                                 July 26, 2006

U.S. PROBATION OFFICE
ATTN: Roy T. Kawamoto
300 Ala Moana Boulevard
Honolulu, HI 96850


DATED: Honolulu, Hawaii, July 26, 2006.


                                          /s/ M. Derby-Taufa'asau