MICHAEL J. PARK,  4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii  96813
Telephone:  (808) 536-4456
Facsimile:   (808) 536-4988

Attorney for Defendant
GEORGE CALLENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00367DAE (02) |
|---|---|
|  | ) CR. NO. 05-00557DAE (01) |
| Plaintiff, | ) |
|  | ) DEFENDANT GEORGE |
| vs. | ) CALLENDER'S LETTERS OF |
|  | ) SUPPORT |
| GEORGE CALLENDER, | ) |
|  | ) Sentencing date:  October 10, 2006 |
| Defendant. | ) 11:15 a.m. |
|  | ) |
|  | ) THE HONORABLE DAVID ALAN |
|  | ) EZRA |
|  | ) U.S. District Judge |
|  | ) |

DEFENDANT GEORGE CALLENDER'S LETTERS OF SUPPORT

COMES NOW the defendant, GEORGE CALLENDER, through court appointed counsel, Michael J. Park, and hereby respectfully submits the

ORIGINAL

attached letters of support that Defendant requests the Honorable David Alan Ezra to consider when sentencing Defendant.

DATED: Honolulu, Hawaii, August 25, 2006.

                                        Respectfully submitted,

                                        _____
                                        MICHAEL J. PARK
                                        Attorney for Defendant
                                        GEORGE CALLENDER

## CERTIFICATE OF SERVICE

I, MICHAEL J. PARK, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on March 22, 2005:

Jonathan M. F. Loo
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA


ROY KAWAMOTO
U.S. Probation Officer
U.S. Courthouse
300 Ala Moana Boulevard, Room C-126
Honolulu, Hawaii  96813

DATED:  Honolulu, Hawaii, August 25, 2006.

_____
MICHAEL J. PARK
Attorney for Defendant