07/08/2006

To: Judge David Alan Ezra,

    For most of our childhood and early adult life, my sister and I did not have the opportunity of living with our father, George Callender, as my parents were divorced when I was about 5/6 years old. As the elder of the two, (now 34 years old), I can say that despite the physical absence of my father, there was never a time when I felt that he wasn't there for me. I can look back at many experiences in which my father touched my life in positive ways. Although it is difficult to remember one's childhood as most people cannot, one thing stands out for me. I distinctly remember how he (pre-divorce) would turn on our stereo on a Sunday morning and dance with me – I was about 4 years old at the time – and I would never forget the feeling of having him holding me and spinning me until I was giddy with happiness. In those moments, I knew he was my Dad – not only a good Dad, but a great Dad. Then, he moved away to the States, and there was a deep sense of loss that no one else could fill.

    I have always known that my Dad's moving away had much to do with the unfortunate circumstances in which he grew up. At the age of 2, both his parents died and as such he grew up in extreme poverty living with extended family members. This created a drive in him to rise above those circumstances and later, when he was married and had a family – the need to make sure that his family did not go without. I can remember my mother saying that when I was born and we were going to spend our first Christmas together, my father went into the main town and bought the biggest and best Christmas tree that he could find (fake, of course as we have no real trees in Trinidad where we grew up). To this day, we still have the tree – it's old and falling apart but it's the tree my Dad bought.

    The impoverished life he lived due to his parents' death at such an early age was a big part of the reason for his migration to the States – to find a better life and to make something of himself. You see living in a Third World country, opportunities to grow (and especially in the time he grew up) were (and still are) few and far between. And I know that it must have been difficult for him growing up without any parental guidance and family stability. I remember after he left and I was about 7 or 8 going to visit and spend weekends with the cousins he had to live with when he was growing up and even in my time, they still didn't have running water or electric or a telephone in their home when other homes had such luxuries. I say all of this not to excuse his current actions as I know that he has been charged with conspiracy to launder money and has pleaded guilty. But I say this because as his daughter, I know the side of my father that is kind, caring and always ready and willing to help others in need.

    That side of him I believe is also a result of his upbringing (or lack thereof). I see my father as a man who has struggled all his life to be loved by others and as such, would "jump through hoops" to help someone else so that he could gain that acceptance and love from them that he never had growing up. It is difficult to talk of him in this way when I also see him as a strong and capable individual with a lot to offer the world. He was the one who paid for me to complete my Bachelors degree in my home country, despite the fact that I later learnt from his closest cousin that at times it was a major

financial struggle for him come up with the money for my tuition. Today, I have a Ph.D. and I can attribute that largely to my Dad being able to supply the funds for me to finish my first degree, and encouraging me to continue my studies.

Although opportunities were few, there were times when I actually got to be with my Dad before I fully migrated to the U.S. as well. And in those times, I had the opportunity to see him for the caring, loving Dad that he is. When I was 13, my mother, my sister and I came to the U.S. to spend our summer vacation with my Dad. It was literally the first time in approximately 5/6 years we had seen him and what I remember of him then was him rushing home from work to take us for a walk in the park, or a train ride or to the grocery store for a Popsicle. It was then that he bought my sister her first Cabbage Patch doll which she just had to have. Then, my father returned to Trinidad shortly after and lived with us for almost a year. This had a huge positive impact on our lives – it was great to come home to find my Dad had prepared a family dinner where we all sat around the table and talked about our day. It was during that time that he took me to the first hairdressing salon I had ever been to. Then, when he returned to the States again, I visited him when I was in college and again, got to see how attentive and caring a Dad he is. I could never forget our driving from Oakland to Santa Barbara and back in his pickup van, and him stopping at small towns to buy some trinkets for me, which I have kept even today.

All of these wonderful times with my Dad also influenced my decision to attend graduate school in the US so I could be closer to him. Throughout my Masters and Ph.D., he was always very supportive, paying for the best health insurance for me so I could see a doctor and have many, many tests done when I got really sick, and flying out from HI at the drop of a hat to my graduations, my wedding or just anytime I needed him to be there. At my wedding, five years ago in 2001, he was the proud Dad who walked me down the aisle and paid for all my rehearsal dinner and honeymoon expenses. Later I was to learn that he had been struggling financially but wanted so much to contribute to my happy day that he paid for these expenses. Then, in the years following my wedding, we (my sister also migrated and is married with two kids) had many opportunities to spend with our Dad and have seen firsthand his kindness, love and willingness to give of himself for his children, grandchildren, extended family members and friends. Whenever we needed anything, be it his physical presence, money or advice, he has always been there for us.

This incident (as I still have great difficulty calling it by any other name) has greatly impacted me in particular, as my husband and I were vacationing in HI at my Dad's when he was arrested. I was in the courtroom for his first hearing and had very mixed emotions about the whole thing. I was devastated, shocked and heartbroken because I knew that in all his 50 years of striving to be a better person, this was not where my Dad would even imagine his life going. Also, it hurt me personally to be there and have this happen and not be able to help him. However, with all the mixed emotions, one emotion my husband and I have never felt throughout this situation is the one where we throw our hands up in the air and say, "forget it, forget him".

Despite the physical distance between us growing up, my Dad and I (and now my husband) are very close in our hearts and minds and we are very supportive of him for the person we know he has been to us and not for this indiscretion on his part. We are of course aware that he has pleaded guilty and are happy that he has accepted responsibility

for what he has done. We would not want it any other way since that is the Dad we know and it would be out of character if he had not done so. Yet, we remain steadfast in showing our emotional support of him through this difficult time for him and for the rest of the family. We have all (his family and true friends on the mainland and back home in Trinidad) banded together to support him through our letters and cards to him, and by sending money to him from time to time when requested or as needed. And even then, through this he has been very considerate of our own time and financial constraints – not wanting to burden us with too many collect calls or requests for money. When we speak, he is always more worried about how we all are doing, even though he is the one behind bars.

We pray daily for the day when we can see him again and we can move forward onto some happier times with him. The most heart-wrenching thing about this for me has been the fact that 2 days after his arrest, I had to fly out of HI back to the mainland knowing that I was not going to see my Dad for a while. I had to leave him there by himself with literally no family and virtually no friends, as some of the same folks who he so willingly helped – those who he thought were his true friends – abandoned him when he most needed their support. It was truly a difficult thing to do and hope that soon, he would be reunited with people who really and truly love him.

We also feel that he is not a danger to the public and should you decide to offer a shorter sentence, it would bring great happiness to his family who loves him dearly. Judge Ezra, I do not feel my father is a threat to the community or to others around him. In fact, I feel that from this experience (based on numerous letters to me and the rest of our family as well as phone conversations with him and a dear friend of his who faithfully visits him), he has come to see himself as a medium to help others who may be going down a wrong path. And as such, I am appealing to you to give him this opportunity to turn this situation into something beneficial to others around him. At 51 years old with 2 grown children and 2 grandchildren, my father is not a young man and I do not believe that he is someone to be feared or to have society be afraid of. In all my experiences with him, through good and bad times, I have always seen him try to move forward to be a better person and I feel that his arrest has impacted him so much that he wants to be of value to his community should you decide to release him sooner than the customary sentence. We, as his family and I, as his eldest daughter, can only appeal to you to kindly give him this opportunity to be of worth and value to others around him – a need that he has felt and sought all his life, despite where he has found himself today.

I thank you Judge for your kindness and your consideration in this matter.

Sincerely,

*Ann Knefel*

Dr. Ann M. Knefel
Loving daughter of George Callender