*Samuel J. and Katherine L. Kalei – Asst. Pastors*
*Thy Word Ministries Pacific Faith Center*
*1024 Mapunapuna St. Honolulu, Hi 96819*

August 24, 2006

Re: George Callender  95489-022

Dear Judge David Ezra,

My husband, Samuel and I, (US citizens and residents of Honolulu) are writing to you on behalf of Mr. George Callender who is currently being held at HFDC Honolulu. We've known Mr. Callender for about 7 years now. We initially met Mr. Callender through Eric and Penny Sakaguchi, whom are fellow ministers, currently serving in Sapian as missionaries. We have known the Sakaguchi's for twenty years and have our ministry licenses through the same organization.

Mr. Callender's accounting firm did our bookkeeping and taxes for small businesses we owned for several years and we were very pleased with the service he offered. He was very fair in his dealings and his employees were diligent about keeping our records accurate. We had complete trust in Mr. Callender's integrity and also for those who worked with him.

Many times when I would drop paperwork down at the office, we would sit and talk awhile and our conversation always ended up centered around the Lord. Mr. Callender was not only our accountant, but he was also a friend and brother in the Lord. When I finally found out what had happened to Mr. Callender, both my husband and I were not only disappointed and concerned, but shocked, as the mistake Mr. Callender made was totally out of character as we knew him. In our opinion, Mr. Callender made a terrible "judgment call" and has paid a much higher price that he could have ever imagined for the decision he made.

I, being able to visit as a "minister of record", have gotten to know Mr. Callender better than I would have under normal circumstances.  He has expressed only remorse for being "lured into temptation". He says he wouldn't wish what has happened to him upon his worst enemy. He has made constructive use of his time at HFDC by having regular bible studies with the other inmates and he would always share his excitement with me about what he believed the Lord was doing in some of the lives of those he would have opportunity to study and pray with. He said he would be grieved by the fact that some of the inmates had no intention of changing and how they would only talk about how they could commit the crime "better" without getting caught the next time. His biggest grievance was that there was "no repentance" in some of the men's hearts--no remorse at all.  I can attest to the fact that Mr. Callender does NOT have a "criminal mind". During my visits he would express his grievances about all the swearing he had to be around and the way in which the inmates would talk about ladies very much irritated him. The atmosphere at HFDC has been a literal nightmare for Mr. Callender. Totally out of character.

Mr. Callender recently had a heart attack while at HFDC and had to be admitted to Straub Hospital for care. I believe the stress upon Mr. Callender was too much for him to bear and his physical body finally succumbed. I told him that one good thing was that his diet changed. He had been trying to get his diet adjusted because of acid reflux from all the fried foods, which he normally doesn't eat, but had no success in getting HFDC to change his diet.

I was very concerned with the last visit I had with Mr Callender as he seemed despondent as if he had "given up" hope. He thought that perhaps his sentencing court date had been postponed, because his attorney had not came to see him 30 days prior. It was within a week of the "30 day deadline" that he had the heart trouble. I had never seen him so down.

Judge Ezra, I beg your mercy and pardon upon Mr. Callender. This whole situation has been like a bad dream and he says that the only way he can make it day to day is to treat it as such and continue to hope that he'll wake up and the dream will be over. Mr. Callender is a very educated and a loyal man who has two beautiful, educated daughters and young grandchildren that mean the whole world to him. He misses them so very much and he can't help but cry when he talks about how he feels he's let them down. I keep in contact with his oldest daughter, but his children have not been able to visit him because they live on the east coast and work. I have been the only visitor he has had, other than his attorney (if he counts as a visitor), who rarely shows up.

My prayer and hope for Mr. Callender is that he will be released with "time served" completed as of his sentencing date. I pray that he will be able to continue on with his life and pick up where he left off with his family. I know it will take a little time for Mr. Callender to be completely restored, but he has the support and help of his family and friends. My husband and I both believe Mr. Callender has much to offer our society and the punishment he has experienced has more that fit the crime.

We hope that we will see Mr. Callender reunited with his family soon. Thank you for the opportunity to write you this letter.


Most sincerely,

*[signatures]*

Samuel J. and Katherine L. Kalei
808 383-6248