George
      Thank you for all The spiritual
help that you have learned me,
I have learned to have a new
life with YASHUA THE MESSIAH,
AND HEAVENLIY FATHER YAHWEH,
   I always will Bless you en
my prayer. you are a messenger
from YAHWEH,   I keep en touch

                              Larry
                              7/21/06.