7/7/06

To: Judge David Alan Ezra

My name is Issam Benmbarek I'm a friend of George Callender. I've known him since 1999 His been a Good Friend To me Since.
When I Didn't Have a place where To Stay He was The one who Help me Through Rough Time, even when my car Broke Down He was the one who Helped me Fixed.
Im Aware of The Situation His in and The charges That Have been Brought against him. But I Know George Still Have Good in Him He Have Always Helped me and others in The Best way He can. my wish is To See Him Soon with God's welling.

Yours Respectfully.
Issam BenmBarek

ISSAM BENMBAREK.