Judge David Alan Ezra

Your Honor

I am writing this letter on behalf of my good friend George Callender.  Our acquaintance and friendship over the past 15 years has been constant and caring.  George has always acted with dignity and responsibility toward not only myself but everyone that I witnessed him in association with.

He has never acted aloof of above any situation he has been involved with.  Always wanting to share his knowledge and abilities in every situation.  He has always had loving thoughts toward not only his family but has strived to show those qualities toward everyone he came in contact with.  Always with a helpful and encouraging word to help others to their own empowerment's.

Being aware of the charges against Mr.Callender, it is most difficult for me to believe that this has happened to him.  Knowing how he cares for others and his insistence in wanting the best for others it is beyond my comprehension how this might have happened.  He is the kind of person that is very thorough in both his personal life as well as his business life.  It is only Mr Callender that can shed any understandings on this situation.

What I know about his younger years and what he has overcome to achieve a rewarding education has been evident in how he has strived to have his family get an advanced education.  His goodness is reflected in the eyes of his family.

George is also not only a religious person but is very spiritual as well.  Always wanting to build on his belief system to know more of his God.

I will close now with these few but loving thoughts.  George Callender has been and will always be my good friend, without judgment.  He is not now nor ever has been a threat to the society around him.  I cannot and will not make judgment against him and would welcome him back into my community - always.

Sincerely Yours   Kenneth A Landis

407 J. P. M. Road
Lewisburg, PA  17837   USA