

**Exodus Bible Correspondence School**
Certificate

*George Callender*
has successfully completed the course
*Major Bible Doctrines*
Signed this 10 day of July, 2006

Joyce Hargis, Director
PO Box 6363 • Lubbock, TX 79493
M. Maddin, Instructor



**Exodus Bible Correspondence School**
Certificate

*George Callender*
has successfully completed the course
*Our Nearest Kinsman*
Signed this 10 day of July, 2006

Joyce Hargis, Director
PO Box 6363 • Lubbock, TX 79493
M. Maddin, Instructor



**Exodus Bible Correspondence School**
Certificate

*George Callender*
has successfully completed the course
*Checkpoints of the Christian Life*
Signed this 10 day of July, 2006

Joyce Hargis, Director
PO Box 6363 • Lubbock, TX 79493
M. Maddin, Instructor







# Exodus Bible Correspondence School
## Certificate

_George Callender_
has successfully completed the course
_A Life That's Real_
Signed this _17th_ day of _Mar._, 20_06_

_Joyce Hargis_
Director

Romans 12:2
PO Box 6363 • Lubbock, TX 79493

_Barbara_
Instructor

## Certificate of Completion

This is to certify that **George Callender**

has satisfactorily completed the Special Correspondence Course

### God's Grace Be With You!

offered by

**World Wide Bible Study**, Denver, Colorado

On this the 19th day of April 2006

*E. Roy Hand*
DIRECTOR

---

## Certificate of Completion

This is to certify that **George Callender**

has satisfactorily completed the Special Correspondence Course

### For God So Loved You

offered by

**World Wide Bible Study**, Denver, Colorado

On this the 2nd day of April 2006

*E. Roy Hand*
DIRECTOR

# Certificate of Achievement

This certifies that

## Callender, George

has satisfactorily completed
"Living Free" Counseling Group

Consisting of —16— Hours of Training

This certificate is hereby issued this 4th day of February, 20 06

Susie Boswell, Unit Manager

Victor Roybal, Unit Counselor