EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

JONATHAN M. F. LOO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: jonathan.loo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00367 DAE |
| | ) | CR. NO. 05-00557 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING |
| vs. | ) | HEARING |
| | ) | |
| GEORGE CALLENDER, | ) | OLD DATE: 10/10/06 |
| | ) | NEW DATE: 02/07/07 |
| Defendant. | ) | |

STIPULATION AND ORDER
CONTINUING SENTENCING HEARING

  IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing hearing that was scheduled for October 10, 2006, be continued to February 7, 2007 at 1:30 p.m. before the Honorable David Alan Ezra.

  The reason for the continuance is so that the Defendant may have additional time to cooperate with the Government and

provide information to the Court which may equate to substantial assistance credit at his sentencing.  Specifically, the Defendant is scheduled to testify at the trial of a co-conspirator in December, 2006.  Thus, the additional time will allow the Government to include all the Defendant's cooperation in its substantial assistance recommendation to the Court.

Thus, the Court finds that a continuation of the Defendant's sentencing hearing is in the best interests of justice.

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, October 23, 2006.

    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii

By   /s/ Jonathan M. F. Loo
    JONATHAN M. F. LOO
    Assistant U.S. Attorney

    /s/ Michael Park
    MICHAEL PARK
    Attorney for Defendant
    GEORGE CALLENDER

IT IS SO APPROVED AND ORDERED:
DATED this 25th day of October, 2006 at Honolulu, Hawaii.



_____
David Alan Ezra
United States District Judge

<u>United States of America vs. George Callender</u>, CR No. 05-00367 DAE, Cr. No. 05-00557 DAE; Stipulation and Order Continuing Sentencing Hearing