ORIGINAL

MICHAEL J. PARK, 4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Telephone: (808) 536-4456
Facsimile: (808) 536-4988



Attorney for Defendant
GEORGE CALLENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00367DAE (02) |
| | ) CR. NO. 05-00557DAE (01) |
| Plaintiff, | ) |
| | ) DEFENDANT GEORGE |
| vs. | ) CALLENDER'S SECOND LETTERS |
| | ) OF SUPPORT |
| GEORGE CALLENDER, | ) |
| | ) Sentencing date: February 7, 2007 |
| Defendant. | ) 1:30 p.m. |
| | ) |
| | ) THE HONORABLE DAVID ALAN |
| | ) EZRA |
| | ) U.S. District Judge |
| | ) |

DEFENDANT GEORGE CALLENDER'S LETTERS OF SUPPORT

COMES NOW the defendant, GEORGE CALLENDER, through court

appointed counsel, Michael J. Park, and hereby respectfully submits the

ORIGINAL

attached two letters of support that Defendant requests the Honorable David Alan Ezra to consider when sentencing Defendant.

DATED: Honolulu, Hawaii, January 25, 2007.

                                              Respectfully submitted,

                                              _____
                                              MICHAEL J. PARK
                                              Attorney for Defendant
                                              GEORGE CALLENDER