Duane H. Estrella
86-256 Alamihi Street
Waianae, HI 96792
(cell) 808-342-0302

July 10, 2006

Mr. David Alan Ezra
C/O Michael Parks
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
(w) 808-536-4456 (fax)808-536-4988

Dear Mr. Ezra:

I am writing in regards to Mr. George Callendar. I have known George as a friend for about three years. I met George through his cousin, Sterling Baird, which I have known for six years. Sterling mentioned one day that he had a cousin in Hawaii and that his cousin wanted to meet with me.

My first impression of George was a very professional individual with a great heart. I am not saying that just because he is a friend but because that is what I got out of him when I first met him. When first meeting George, he was so kind enough to take me out to dinner and talk to me about himself, his relationship with his family – being so far away, his life, and his travels – especially how he ended up in Hawaii. I was very impressed by his presentation, demeanor, and character that I became a really good friend of his as time went by. George is also very humble and would go out of his way for anyone. When I first met him and was in a bind, he offered his place out while he was traveling.

Although I am aware of the charges against him (conspiracy to launder money and also know that he has pleaded guilty) he has went through an unfortunate childhood. He has struggled to rise above all obstacles, especially being from another country as well as being a man of color. I give him credit for making it this far.

Mr. Ezra, I graduated with a degree in criminal justice and currently work for the federal government. I am well aware of the criminal justice system and as mentioned before the charges against George. I cannot see George as being a harm to the public and hope that you will reconsider your sentence for him.

Thank you for taking the time to read my letter and know that you will find it in your heart to make the right decision as far as George's case.

Sincerely,

Duane H. Estrella

