STERLING BAIRD

5915 Wolverton Lane
Clinton, Md 20735

To Judge: David Allan Ezra

This letter is directed to you as a support to George Callender. I have known George for most of my life as he is my cousin. He has always been a great cousin and the brother I do not have. He has been supportive of me and our family in the best possible way he could render. I am aware of the charges being brought against him and it is with a heavy heart I am writing this letter to know he is in the situation he is in at present. I know if he is given the opportunity to be reunited with us once again he will be received with open arms back into the family. As he is surly missed - his wisdom, strength and support is what we all cherished and it is greatly missed.

Society will not suffer negatively in any way upon his release.

Yours Respectfully

*[signature]*

STERLING BAIRD