## CERTIFICATE OF SERVICE

I, MICHAEL J. PARK, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on January 25, 2007:

Jonathan M. F. Loo
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

ROY KAWAMOTO
U.S. Probation Officer
U.S. Courthouse
300 Ala Moana Boulevard, Room C-126
Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, January 25, 2007.

_____
MICHAEL J. PARK
Attorney for Defendant