MICHAEL J. PARK, 4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Telephone: (808) 536-4456
Facsimile: (808) 536-4988

Attorney for Defendant
GEORGE CALLENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00367DAE (02) |
|---|---|
| Plaintiff, | ) CR. NO. 05-00557DAE (01) ) |
| vs. | ) DEFENDANT GEORGE ) CALLENDER'S THIRD LETTER OF ) SUPPORT |
| GEORGE CALLENDER, | ) ) Sentencing date: February 7, 2007 |
| Defendant. | ) 1:30 p.m. ) ) THE HONORABLE DAVID ALAN ) EZRA ) U.S. District Judge ) |

DEFENDANT GEORGE CALLENDER'S THIRD LETTER OF SUPPORT

COMES NOW the defendant, GEORGE CALLENDER, through court

appointed counsel, Michael J. Park, and hereby respectfully submits the

ORIGINAL

attached letter of support that Defendant requests the Honorable David Alan Ezra to consider when sentencing Defendant.

DATED: Honolulu, Hawaii, January 26, 2007.

Respectfully submitted,

_____
MICHAEL J. PARK
Attorney for Defendant
GEORGE CALLENDER

## CERTIFICATE OF SERVICE

I, MICHAEL J. PARK, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on January 25, 2007:

Jonathan M. F. Loo
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii   96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

ROY KAWAMOTO
U.S. Probation Officer
U.S. Courthouse
300 Ala Moana Boulevard, Room C-126
Honolulu, Hawaii   96813

DATED:   Honolulu, Hawaii, January 26, 2007.

_____
MICHAEL J. PARK
Attorney for Defendant