Elizabeth Johnson
6301 Walther Avenue
Baltimore, Md. 21206
21st January 2007
(410) 426-6301

To Whom It May Concern:

I am very pleased to provide you with a character reference for George Callender who has been and continues to be a positive influence in my life. Unfortunately I am forced to reflect on some of the negative aspects of his life as we can only imagine has led to this event. He experienced a very difficult childhood, loosing both his parents before the age of five. Despite this tragedy he has continued to display a will to improve himself by means of academic achievement. A quality he has instilled in both his daughters who he put through college, graduate school and insisted on excellence in every area of academia. He is very hardworking and is always more than ready to help anyone with anything he can. There has been many incidences where he has proved these qualities, for example, his dedication to his new born grandson, when his father was away serving in Iraq. My father made frequent trips to the mainland to help stabilize me, his daughter and provide impeccable post-natal care for his grandson.

It is unfortunate that at this juncture he is faced with such ill-fitted circumstances. As has been evidenced in other parts of his life he has many times focused on the end results of his endeavor, sometimes with a naiveté or carelessness on route to such a goal. While I am unaware of the intricacies of what led to his imprisonment, I know without a doubt that he is not deserving of harsh punishment, but also keeping in mind that there are penalties to be paid for one's infractions.

In, summary I highly recommend that George Callender be released back into society as I am confident that his time away has proved sufficient. If you have any questions please do not hesitate to contact me.

Yours sincerely,

*[signature]*

Elizabeth Johnson