# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/06/07  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00367DAE |
| CASE NAME: | United States of America Vs. (02) George Callender |
| ATTYS FOR PLA: | Jonathan Loo and John Madinger-IRS Agent |
| ATTYS FOR DEFT: | (02) Michael Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 02/06/07 | TIME: | 9:50am-l0:15am |

COURT ACTION:  EP: As to Defendant (02) George Callender-Sentencing to Count II of the Indictment-Defendant present in Custody.

Court accepts the Plea Agreement.

The Court adopts the presentence report.

Government Motion for Downward Departure-(9:52am-9:54am)-is hereby Granted.

Defendant addresses the Court.

Sentence as to Count II of the Indictment-Imprisonment 30 Months, this term to run concurrently with term imposed in Cr. No. 05-00557.

Court Recommendation- 1. Prison Facility in Florida

Mittimus forthwith.

Supervised Release-Three Years, this term to run concurrently with term imposed in Cr. No. 05-00557.

Special Conditions of Supervised Release-

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8. That the defendant submit to removal proceedings, including deportation or exclusion as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization.

No Fine.

Special Assessment-$100.00

Defendant advised of his right to Appeal.

Government's Oral Motion to Dismiss Remaining Counts of the Indictment-are hereby Granted.

Submitted by Leslie L. Sai, Courtroom Manager